# BRISTOL AND WARREN GAS COMPANY

v.

## Edward F. BURKE et al.

### No. 79-314-M.P.

Supreme Court of Rhode Island.

Feb. 21, 1980.

Coffey, McGovern, Noel & Novogroski, John G. Coffey, Jr., W. Kenneth O'Donnell, Providence, for petitioner.

Dennis J. Roberts II, Atty. Gen., John R. McDermott, Special Asst. Atty. Gen., for respondents.

## ORDER

The petitioner's motion for permission to file a brief in excess of 50 pages is granted, provided, however, that said brief shall not exceed 65 pages.

DORIS, J., did not participate.

# CITY OF PROVIDENCE WATER SUPPLY BOARD

v.

# PUBLIC UTILITIES COMMISSION et al.

### No. 78-301-M.P.

Supreme Court of Rhode Island.

Feb. 21, 1980.

William J. McGair, Providence, for plaintiff.

Dennis J. Roberts II, Atty. Gen., John R. McDermott, Special Asst. Atty. Gen., for respondents.

## ORDER

The respondents' motion for extension of the briefing period is denied as moot, provided, however, that respondents' brief is accepted as filed. The respondents' motion for assignment of this case to the March, 1980 calendar for oral argument is granted.

DORIS, J., did not participate.